FILED

FEB 0 9 2017

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-0012-D-4

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) ORDER TO UNSEAL |
| | ) ARREST WARRANT |
| DONTAOUS DEMOND DEVINE | ) |
|     a/k/a "Scooch" | ) |
|     a/k/a "Boochie" | ) |

Upon motion of the government, for good cause shown, the government's motion to unseal is GRANTED, and it is hereby ORDERED that the Clerk shall unseal the first page of the Arrest Warrant in the above-captioned matter.

SO ORDERED this the 9 day of February, 2017.

_____
HON. JAMES E. GATES
United States Magistrate Judge